IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIN SARIASLAN, | ) | No. C 13-1914 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| UNKNOWN, | ) ) | |
| Respondent. | ) ) | |

The court has dismissed the instant habeas action for failure to prosecute. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\HC.13\Sariaslan914jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIN SARIASLAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant._____/ | Case Number: CV13-01914 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramin Sariaslan CDC# D-01976
S-D1-02
PO Box 950
Folsom, CA 95763

Dated: June 13, 2013

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk