**E-FILED on    6/13/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIN SARIASLAN, | ) | No. C 13-1914 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action for failure to prosecute.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED:    6/13/13

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\HC.13\Sariaslan914jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAMIN SARIASLAN,

        Plaintiff,

  v.

UNKNOWN,

        Defendant.

Case Number: CV13-01914 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramin Sariaslan CDC# D-01976
S-D1-02
PO Box 950
Folsom, CA 95763

Dated: June 13, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk